UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**
**01/13/2026**
**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Kristine L. Seufert, Clerk**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 1:26-cr-014-JRS-KMB |
| ) | |
| SHAYLA ADDISON, ) | |
| ) | |
| Defendant. ) | |

### INFORMATION

The United States Attorney charges that:

### General Allegation

At all times relevant to this Information, Victim 1 was a member of the United States House of Representatives and, therefore, Victim 1 was a United States official as defined in Title 18, United States Code, Section 115.

### COUNT 1
### Influencing a Federal Official by Threat
### 18 U.S.C. § 115(a)(1)(B)

On or about January 15, 2025, in the Southern District of Indiana, the defendant, SHAYLA ADDISON, did threaten to assault, kidnap, or murder Victim 1, with intent to impede, intimidate, or interfere with Victim 1 while she was engaged in, or to retaliate against Victim 1 on account of, the performance of her official duties.

All of which is in violation of Title 18, United States Code, Section 115.

### COUNT 2
### Influencing a Federal Official by Threat
### 18 U.S.C. § 115(a)(1)(B)

On or about January 15, 2025, in the Southern District of Indiana, the defendant, SHAYLA ADDISON, did threaten to assault, kidnap, or murder Victim 1, with intent to impede, intimidate,

or interfere with Victim 1 while she was engaged in, or to retaliate against Victim 1 on account of, the performance of her official duties.

All of which is in violation of Title 18, United States Code, Section 115.

THOMAS E. WHEELER II  
UNITED STATES ATTORNEY

By: _____  
Kathryn E. Olivier  
Assistant United States Attorney

By: _____  
Nicholas J. Linder  
Criminal Chief