AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br><br>SHAYLA ADDISON<br><br>_Defendant_ | ) ) ) Case No. 1:26-cr-014-JRS-KMB<br>) )<br>) )<br>) ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   Shayla Addison                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☑ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Counts 1 & 2: Influencing a Federal Official by Threat, in violation of 18 U.S.C. § 115(a)(1)(B)

CLERK OF COURT, Kristine L. Seufert

BY: _[signature]_
Deputy Clerk

Date: 1/13/2026

City and state:   Indianapolis, Indiana

---

**Return**

This warrant was received on _(date)_ 01-13-2026, and the person was arrested on _(date)_ 01-15-2026
at _(city and state)_ INDIANAPOLIS, IN

Date: 01-15-2026

_[signature]_
Arresting officer's signature

SA George Kaz, FBI
Printed name and title