AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br><br>SHAYLA ADDISON<br>*Defendant* | )<br>)  Case No.  1:26-cr-00014-JRS-KMB-1<br>)<br>)<br>) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:  1/15/2026

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

William H Dazey, Jr.
*Printed name of defendant's attorney*

_____
*Judge's signature*

Kellie M. Barr  U.S. Magistrate Judge
*Judge's printed name and title*